1  Michelle R. Ghidotti-Gonsalves, Esq. (Bar No. 232837)
   Cathy A. Knecht, Esq. (Bar No. 226275)
2  LAW OFFICES OF MICHELLE GHIDOTTI
   5120 E. La Palma Avenue, Suite 206
3  Anaheim Hills, CA 92807
4  Tel: (949) 354-2601
   Fax: (949) 200-4381
5  mghidotti@ghidottilaw.com
   cathy@knechtlawoffices.com
6
7  Attorneys for Creditor
   NATIONAL ASSET DIRECT ACQUSITION, LLC

**FILED & ENTERED**

**MAR 19 2014**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bryant    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In Re:

Pamela Williams,

    Debtor.

CASE NO. 2:13-bk-35842-WB

Chapter 13

ORDER GRANTING CREDITOR'S MOTION TO DISMISS

Hearing Date & Time

Date:  March 12, 2014
Time:  1:30 p.m.
Place: Courtroom 1375
       255 E. Temple Street
       Los Angeles, CA 90012

///

///

///

ORDER GRANTING CREDITOR'S MOTION TO DISMISS

1 | At the date, time and place set forth above, the Court held a hearing on Creditor, National
2 | Asset Direct Acqusition, LLC's Motion to Dismiss the Chapter 13 Bankruptcy, or in the
3 | alternative, to convert to Chapter 7, filed in the above-captioned proceeding on March 12, 2014
4 | as docket entry no. 26 (the "Motion to Dismiss"). Appearances were noted on the record.
5 |
6 | The Court, having considered the Motion to Dismiss, all papers filed in support thereof
7 | and in opposition thereto, and the oral argument offered at the hearing on the motion, and for
8 | good cause shown, rules as follows:
9 |
10 | **IT IS HEREBY ORDERED:**
11 | 1.    The Motion to Dismiss is granted ~~without leave to amend~~.
12 | 2.    Debtor Pamela Williams' bankruptcy proceeding is hereby dismissed for good
13 |       cause shown.
14 |
15 | ###

Date: March 19, 2014

_____
Julia W. Brand
United States Bankruptcy Judge

ORDER GRANTING CREDITOR'S MOTION TO DISMISS